Lauren A. Shurman (11243)
lauren.shurman@stoel.com
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TRACY ROMAIRE,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>Case No. 2:18-cv-369–TC<br><br>Judge Tena Campbell |

Plaintiff, Tracy Romaire ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

March 11, 2019               STOEL RIVES LLP


                             */s/ Lauren A. Shurman*
                             Lauren A. Shurman

                             *Attorneys for Defendant*

March 11, 2019				CRAGUN & CRAGUN


					*/s/ Brett D. Cragun (with permission)*
					Brett D. Cragun

					*Attorneys for Plaintiff*

March 11, 2019

					THE LAW OFFICES OF JEFFREY
					LOHMAN, P.C.


					*/s/ Alyson J. Dykes (with permission)*
					Alyson J. Dykes

					*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2019, I caused copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** to be served via ECF/CM filing on the following:

    Alyson J. Dykes
    The Law Offices of Jeffrey Lohman, P.C.
    alysond@jlohman.com

    Brett D. Cragun
    Cragun & Cragun
    brett@brettcragun.com

                                          */s/ Lauren A. Shurman*